USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JEREMY BAKER,

                Defendant.

**ORDER**

19-CR-12 (VSB)

<u>VERNON S. BRODERICK, United States District Judge</u>:

    Sentencing is scheduled in this matter for September 11, 2020 at 11:00 a.m. Members of the public, and press may use 1-888-363-4749; access code: 2682448 to listen to the hearing.

    Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, anyone who appears at any SDNY courthouse must complete a questionnaire and have their temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.

    In addition, all parties must wear a mask or face shield upon entry into the courthouse, and during any proceeding in the courthouse. Please contact chambers if you do not meet the requirements.

SO ORDERED.

Dated:    September 10, 2020
            New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.